**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roger Jewell, ) | No. 05-581-PHX-EHC |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| State of Arizona; County of Maricopa, a ) political subdivision; City of Chandler, a ) political subdivision; and Does 1-500, ) inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to the stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the above captioned and numbered complaint and cause of action filed by Plaintiff Roger Jewell and pending in the United States District Court is dismissed with prejudice as to all claims against the Defendants, State of Arizona, County of Maricopa, and the City of Chandler, and that Plaintiff shall take nothing thereby against the Defendants.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

DATED this 14th day of October, 2005.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge